No. 63. RIVERA, PETICIONARIO, v. FIGUEROA, ALCAIDE CÁRCEL MUNICIPAL CAROLINA, DEMANDADO.—*Habeas Corpus.* Junio 27, 1917. *No ha lugar.*

No. 11. IN RE. SERGIO LEÓN LUGO, QUERELLADO.—*Disbarment.* Junio 28, 1917. *Desestimada la querella.*

No. 195. SUCESIÓN CRIADO, PETICIONARIA, v. SEPÚLVEDA, JUEZ DISTRITO PONCE, DEMANDADO.—*Certiorari.* Junio 29, 1917. *No ha lugar.*

No. 1176. EL PUEBLO, APELADO, v. MAISONET, APELANTE.— Adulteración de leche. San Juan, Sección 2ª. Junio 29, 1917. *Confirmada la sentencia.*

Nos. 1177, 1778, 1779 y 1780. EL PUEBLO, APELADO, v. SILÉN, APELANTE.—Abuso de confianza. Ponce. Junio 29, 1917. *Confirmadas las sentencias.*

No. 197. COMAS ET AL., PETICIONARIOS, v. PENEDO, JUEZ MUNICIPAL, FAJARDO, DEMANDADO.—*Certiorari.* Julio 3, 1917. *No ha lugar.*

No. 196. MENA, PETICIONARIA, v. CÓRDOVA DÁVILA ET AL., DEMANDADOS.—*Certiorari.* San Juan, Sección 1ª. Julio 6, 1917. *No ha lugar.*

No. 1113. EL PUEBLO, APELADO, v. MATOS ET AL., APELANTES.—Asesinato en primer grado. Ponce. Julio 9, 1917. *Desestimada la apelación en cuanto a Domingo Matos, por fallecimiento de este acusado.*